UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

July 30, 2021

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

      v.

BREON DANTE MIMS,

        Defendant.

Case No.  2:21-mj-00120-JDP

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

      This is to authorize and direct you to release  BREON DANTE MIMS,

Case No.  2:21-mj-00120-JDP Charge 18 U.S.C. § 1029(a)(5) and (c)(1)(A)(ii), from

custody for the following reasons:

            _____  Release on Personal Recognizance

            X     Bail Posted in the Sum of $  50,000.00

               X   Unsecured Appearance Bond $  50,000.00

            _____  Appearance Bond with 10% Deposit

            _____  Appearance Bond with Surety

            _____  Corporate Surety Bail Bond

            _____  (Other):

Issued at Sacramento, California on July 30, 2021 at 2:30 p.m.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE